**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GABRIELA MARIANA MORALES,<br><br>               Petitioner,<br><br>    v.<br><br>DEBORAH K. JOHNSON, Warden,<br><br>               Respondent. | Case No. SA CV 15-00750 VAP (AFM)<br><br>**JUDGMENT** |

     Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

     IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED:  October 29, 2015

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE